Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
__Middle__ District of __Florida__

__Jacksonville__ Division

Kent Allen Jr.

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Jeff Bezos
Antwan Patton

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. __3:21-cv-542-MMH-PDB__
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Kent Allen Jr.
Street Address: 8201 SW 3rd Ct
City and County: North Lauderdale, Fl
State and Zip Code: Fl 33068
Telephone Number: 404.721.9050
E-mail Address: nerdsfinancial@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Jeff Bezos
- Job or Title (if known): CEO of Amazon
- Street Address: 410 Terry Ave N
- City and County: Seattle
- State and Zip Code: WA 98109
- Telephone Number: 206.266.1000
- E-mail Address (if known):

Defendant No. 2
- Name: Antwan Patton
- Job or Title (if known): recording artist for LaFace Records
- Street Address: 3350 Peachtree Road Suite 1500
- City and County: Atlanta
- State and Zip Code: GA 30326
- Telephone Number: 404.848.8050
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question      ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Kent Allen Jr., is a citizen of the State of *(name)* Florida.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Antwan Jeff Clekins Patton, is a citizen of the State of *(name)* Washington Georgia. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* Jeff Bezos , is incorporated under the laws of the State of *(name)* Washington , and has its principal place of business in the State of *(name)* Washington .

Or is incorporated under the laws of *(foreign nation)* —  ,

and has its principal place of business in *(name)* Washington .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

With the idea of Amazon that I expressed to Antwan Patton I'm looking for the relief of $95 million dollars for the idea I expressed to him

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see attachment

(Thought of Amazon by the song Amazing Grace)

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

With the idea of Amazon that I expressed to Antwan Patton I'm looking for the relief of $95 million dollars for the idea I expressed to him



Handwritten note: Thought of the idea Amazon from the song Amazing Grace.

When I was 8 years located in Forest Park, Ga I thought of Google because it was a rural area, and seemed off the map. I figured we all needed a a way to locate each other. While staying in the area I did make some friends which is OutKast which consist of the artists Big Boi and Andre 3000. Additionally, a few other local kids. Other contact I was in reach with was Mark Zuckerberg whom is my cousin on my mother side named Lisa Knight. These incident happened doing the .com bloomed. At the end of my stay in Forest Park my domain that I carried was Google which was compromised. The following day when the domain needed to be renewed it was purchased. Only a few close friends knew of the idea so I discussed it with each one of them. As I discussed it with each member of OutKast they both said they didn't know anything. A couple days later I did file a police report with Forest Park Police about the incident. This happened years ago so I don't know if they still have the report as its a small rural town. I was told they did figure out who did it and told the party to not renew the domain in a one year period. At the time as a kid I was puzzled and hurt by the idea of how someone would do such a thing.

Overview of Story (Incident)

At 9 yrs old I moved to Decatur, Ga which I helped developed such artists as Bow Wow, Outkast, Ludacris, Lauren London, later on Jeezy and Keyshia Cole. I still had dealings with OutKast because at the time I didn't know for sure whom took the Google domain. I was still waiting on it to become available so I can repurchase it like the police said. Doing this time I started to think of other business domains particularly for my artists. So I composed a list of domains to assign each artist. Once I thought of all the names I assigned them to different artists. At the time I held all the domains and assigned them to each artist. One of the individuals I felt I could trust was OutKast (Big Boi and Andre 3000) for some reason as a kid that just needed friends and still not knowing who held the domain. Both of them seen the list of domains I was assigning as they both was with me for development. This list consisted of Visio, Postmates, Kangeroo, Amazon. There was more but those are the main one other than Google and Instagram now owned by Facebook. I purchased each domain and the same thing happened. At the same time I was also checking to make sure Google domain become available which it didn't. Once the domains become available the next day when I was about to purchase each one the same thing happened as with Google.

At a later time, once all this happened Big Boi of OutKast purchased the domain heymoney.com which was meant to be trading app right in front of me so I was able to figure out which one of my friends was doing this. After that I moved to another area as my mother felt the area wasn't for me because I was being bullied by the local kids. One of the ideas I discussed with all of them is Instagram which was later given to Keyshia Cole. I gave it to her when I was 23 to be released to the public. At the time the idea was for entertainers to be able to stay in reach with each other and also market to the general public. The Nike symbol I explained to her to be used because I had business with Nike as a kid basketball player. When Instagram first was released that was the setup which it has changed over time.

Many of the artists I helped develop in the beginning are against me due to their fame status and are friends without me. Many of them I tried to make contact with to discuss everything but wasn't successful. Doing the course of this I was made a mockery of on Instagram and also Facebook. Since meeting many of them when we was kids throughout the years my memory became very faded. Partly, due to my mother moving me to different locations growing up. Once, I got older doing high school my mother

become very ill so I had to work to help with bills. After high school her status was the same so I had to work two jobs at times. Later, on at the age 30 my mother passed away which if I was compensated from my ideas I would of covered her medical cost.

Around the age of 26, I started attending college and was able to finish with a bachelors in business and also a MBA degree. I graduated with a 3.5 gpa. Due to my mother illness, work, and completely focusing on college my memory of certain things in my childhood was forgotten which is when I made contact with these people. Due to these individuals status and involvement in business around my home location Pompano Beach, Fl I was harassed. Additionally, many jobs I worked at these same individuals are involved in therefore without me knowing I was terminated without cause. Due to the state law of Florida your employer can terminate you without due cause. With this happening I had to become self employed part time as an Accountant using the skills I learned from college. Recently, business is very slow due to COVID and also because of the mockery I incurred on social media on both Instagram and also Facebook. This has caused me to close down my business for now.

I don't look for anyone to face any form of incarnation due to these different incidents. I only look to be compensated and also given credit for my ideas.Each artist is still special to me and unique in their own way. Also just looking to have my personal life back as these individuals have businesses in the different areas I stayed and also visited. With the proceeds I plan on opening different business venues to employ people and looking to display being social responsibility. These businesses I do have the domain for which I will provide if needed. Lastly, each artist do look to me for guidance with their future businesses and also discover problems to help them grasp a competitive advantage. I attached this on the next page.

Sent from Yahoo Mail for iPhone

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-21-21

Signature of Plaintiff
Printed Name of Plaintiff: Kent Allen Jr.

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address